UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE GUILLEN-BARBARIN,<br><br>Defendant. | 2:12-cr-150-GMN-RJJ<br><br>**ORDER** |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, January 3, 2013 at the hour of 10:00 a.m., be vacated and continued to January 17, 2013, at the hour of 10:00 a.m.

DATED this 10th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

3